DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Alexandra.Shepard2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:20-MJ-70698 JCS |
|     Plaintiff, ) | UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL CRIMINAL COMPLAINT |
|   v. ) | |
| SANDRA ANN ZUNIGA, ) | |
|     Defendant. ) | |

On June 3, 2020, upon the government's application, this Court granted the government's motion to seal the Complaint, Affidavit in Support of the Complaint, summons, arrest warrant, motion to seal the Complaint, and related sealing order in the above-captioned matter. Law enforcement executed the summons on the Complaint on June 4, 2020. Because the defendant is now aware of the pending charges, there is no further need to seal the Complaint and related documents.

DATED: June 4, 2020                                      Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
ALEXANDRA J. SHEPARD
Special Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Complaint, Affidavit in Support of the Complaint, summons, arrest warrant, motion to seal the Complaint, and related sealing order in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: June 4, 2020

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge