```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  SCOTT D. JOINER (CABN 223313)
    Assistant United States Attorney
 5  ALEXANDRA J. SHEPARD (CABN 205143)
    Special Assistant United States Attorney
 6
         450 Golden Gate Avenue, Box 36055
 7       San Francisco, California 94102-3495
         Telephone: (415) 436-7200
 8       FAX: (415) 436-7234
         Scott.Joiner@usdoj.gov
 9       Alexandra.Shepard2@usdoj.gov

10  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 20-MJ-70698 |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF APPEARANCE |
| SANDRA ANN ZUNIGA, | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE
CR 20-MJ-70698

1     PLEASE TAKE NOTICE that Assistant United States Attorney Scott D. Joiner hereby enters his appearance as Attorney for the United States of America in the above-referenced case.  Please add AUSA Joiner to all future correspondence, pleadings, and notices.  AUSA Joiner's contact information follows below:

> Scott D. Joiner
> Assistant United States Attorney
> Corporate Fraud Strike Force
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, California 94102-3495
> Telephone:  (415) 436-7200
> Fax:  (415) 436-7234
> E-mail:  Scott.Joiner@usdoj.gov

Dated: June 8, 2020                          Respectfully submitted,

                                                                     DAVID L. ANDERSON
                                                                     United States Attorney

                                                                           /s/      
                                                                     SCOTT D. JOINER
                                                                     Assistant United States Attorney

NOTICE OF APPEARANCE
CR 20-MJ-70698