DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Alexandra.Shepard2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-mj-70698 JCS |
| Plaintiff, | MOTION TO RECALL ARREST WARRANT |
| v. | |
| SANDRA ANN ZUNIGA, | |
| Defendant. | |

On June 3, 2020, the Honorable Joseph C. Spero issued a summons and an arrest warrant for the defendant, in conjunction with the filing of a criminal complaint. On June 4, 2020, federal agents served the summons on the defendant. On June 10, 2020, the defendant appeared before the Honorable Laurel Beeler for an initial appearance on the complaint. Accordingly, and at the request of the United States Marshals Service, the government requests that this Court recall the arrest warrant in this matter.

DATED:        June 15, 2020                              Respectfully submitted,

                                                         DAVID L. ANDERSON
                                                         United States Attorney


                                                         _____
                                                         ALEXANDRA SHEPARD
                                                         Special Assistant United States Attorney