1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        Alexandra.Shepard2@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            ) CASE NO. 20-mj-70698 JCS
                                        )
14      Plaintiff,                      ) [PROPOSED] ORDER RECALLING ARREST
                                        ) WARRANT
15    v.                                )
                                        )
16 SANDRA ANN ZUNIGA,                   )
                                        )
17      Defendant.                      )
                                        )
18

19      Upon motion of the United States and good cause having been shown, IT IS HEREBY

20 ORDERED that the arrest warrant in this matter be recalled. The warrant is no longer necessary.

21      IT IS SO ORDERED.

22

23 DATED: _____

24                                          _____
                                            HON. JACQUELINE SCOTT CORLEY
25                                          United States Magistrate Judge

26

27

28