1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102-3495
       Telephone: (415) 436-6767
7      FAX: (415) 436-7234
       Alexandra.Shepard2@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              ) CASE NO. 20-mj-70698 JCS
                                          )
14         Plaintiff,                     ) [~~PROPOSED~~] ORDER RECALLING ARREST
                                          ) WARRANT
15     v.                                 )
                                          )
16 SANDRA ANN ZUNIGA,                     )
                                          )
17         Defendant.                     )
                                          )
18

19     Upon motion of the United States and good cause having been shown, IT IS HEREBY

20 ORDERED that the arrest warrant in this matter be recalled.  The warrant is no longer necessary.

21     IT IS SO ORDERED.

22

23 DATED:  __June 16, 2020__

24                                              _____
                                                HON. JACQUELINE SCOTT CORLEY
25                                              United States Magistrate Judge

26

27

28

MOT. TO RECALL ARREST WARRANT            3
20-mj-70698 JCS