DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Email: Alexandra.Shepard2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-70698 JCS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 |
| v. | |
| SANDRA ANN ZUNIGA, | |
| Defendant. | |

STIP. AND ORDER WAIVING TIME                      1

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the preliminary hearing date of July 16, 2020, at 9:30 a.m., to August 20, 2020, at 9:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b). On June 10, 2020, the parties entered a written waiver through July 15, 2020.[1]

The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently charged by criminal complaint. The defendant is not in custody, having been released on an unsecured bond of $250,000 on June 10, 2020.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in her client's best interest, and that it is not in her client's interest for the United States to indict the case during the timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 15, 2020 through August 20, 2020, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

///
///
///
///
///

---

[1] Due to an oversight, the Court signed and entered this written waiver on July 15, 2020. *See* Dkt. 12.

STIP. AND ORDER WAIVING TIME                 2

6. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of June 16, 2020, at 9:30 a.m. to August 20, 2020, before the Honorable Laurel Beeler, and (2) orders that the period from June 15, 2020, through August 20, 2020 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: July 15, 2020

/s/
GALIA AMRAM
Attorney for Defendant

DATED: July 15, 2020

/s/
ALEXANDRA SHEPARD
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 17, 2020

HON. ~~SALLIE KIM~~ LAUREL BEELER
United States Magistrate Judge

STIP. AND ORDER WAIVING TIME         3