DURIE TANGRI LLP
GALIA Z. AMRAM (SBN 250551)
gamram@durietangri.com
ANNIE A. LEE (SBN 328802)
alee@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
SANDRA ANN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SANDRA ANN ZUNIGA,<br><br>              Defendant. | Case No. 3:20-mj-70698-LB<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE FOR SANDRA ZUNIGA**<br><br>Ctrm:  B – 15th Floor<br>Judge: Honorable Laurel Beeler |

The parties hereby stipulate and agree that Sandra Zuniga may travel to the CDCA to visit Santa Barbara from Friday, August 14th to Sunday, August 16th. All other conditions of release remain the same. Pretrial has been informed of, and does not object to, this modification.

Dated: August 3, 2020

By: */s/ Galia Z. Amram*
GALIA Z. AMRAM
ANNIE A. LEE

Attorneys for Defendant
SANDRA ANN ZUNIGA

Dated: August 3, 2020

By: */s/ Alexandra Shepard*
ALEXANDRA SHEPARD

Special Assistant United States Attorney
U.S. Attorney's Office

**[PROPOSED ORDER]**

IT IS HEREBY ORDERED that Ms. Zuniga's conditions of pretrial release are modified so that defendant may travel to the CDCA to visit Santa Barbara from Friday, August 14th to Sunday, August 16th, 2021. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated this _____ of August 2020

_____
Honorable Judge Laurel Beeler
U.S. Magistrate Judge

### **CERTIFICATE OF CONCURRENCE**

I certify that the contents of the foregoing document are acceptable to all persons required to sign the document, and that I have been authorized to affix the electronic signatures of all parties on the document.

                                                              */s/ Galia Z. Amram*
                                                                GALIA Z. AMRAM
                                                                ANNIE A. LEE

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                */s/ Galia Z. Amram*
                                                GALIA Z. AMRAM
                                                ANNIE A. LEE