1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        Email: Alexandra.Shepard2@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14

15  UNITED STATES OF AMERICA,            )   No. CR 20-70698 JCS
                                         )
16          Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
                                         )   WAIVING TIME UNDER SPEEDY TRIAL ACT
17      v.                               )   AND RULE 5.1
                                         )
18  SANDRA ANN ZUNIGA,                   )
                                         )
19          Defendant.                   )
                                         )

20

21

22

23

24

25

26

27

28

STIP. AND ORDER WAIVING TIME                    1

1    With the agreement of the parties, and with the consent of the defendant, the Court enters this

2   order continuing the preliminary hearing date of August 20, 2020, at 9:30 a.m., to September 24, 2020,

3   at 9:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule

4   of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b).

5    The parties agree, and the Court finds and holds, as follows:

6    1.    The defendant is currently charged by criminal complaint. The defendant is not in

7   custody, having been released on an unsecured bond of $250,000 on June 10, 2020.

8    2.    The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

9   3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence.

11    3.    The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

12   preliminary hearing.

13    4.    Counsel for the defense believes that postponing the preliminary hearing is in her client's

14   best interest, and that it is not in her client's interest for the United States to indict the case during the

15   timeline established in Rule 5.1.

16    5.    The Court finds that, taking into the account the public interest in the prompt disposition

17   of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing

18   under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends

19   of justice served by excluding the period from August 20, 2020 through September 24, 2020, outweigh

20   the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

21   ///

22   ///

23   ///

24   ///

25   ///

26

27

28

STIP. AND ORDER WAIVING TIME                     2

6.      Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of August 20, 2020, at 9:30 a.m. to September 24, 2020, before the Honorable Laurel Beeler, and (2) orders that the period from August 20, 2020, through September 24, 2020 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: August 18, 2020

_____/s/_____
GALIA AMRAM
Attorney for Defendant

DATED: August 18, 2020

_____/s/_____
ALEXANDRA SHEPARD
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 18, 2020

_____
HON. LAUREL BEELER
United States Magistrate Judge