DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Special Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6767
     FAX: (415) 436-7234
     Email: Alexandra.Shepard2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 20-70698 JCS |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) WAIVING TIME UNDER SPEEDY TRIAL ACT |
| v. | ) AND RULE 5.1 |
| | ) |
| SANDRA ANN ZUNIGA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIP. AND ORDER WAIVING TIME        1

1    With the agreement of the parties, and with the consent of the defendant, the Court enters this

2  order continuing the preliminary hearing date of October 22, 2020, at 9:30 a.m., to November 19, 2020,

3  at 9:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule

4  of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b).

5  This Court previously agreed to continue the date of the preliminary hearing and to exclude time under

6  the Speedy Trial Act through October 22, 2020.

7    The parties agree, and the Court finds and holds, as follows:

8    1.    The defendant is currently charged by criminal complaint.  The defendant is not in

9  custody, having been released on an unsecured bond of $250,000 on June 10, 2020.

10    2.    The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

11  3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into

12  account the exercise of due diligence.

13    3.    The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

14  preliminary hearing.

15    4.    Counsel for the defense believes that postponing the preliminary hearing is in her client's

16  best interest, and that it is not in her client's interest for the United States to indict the case during the

17  timeline established in Rule 5.1.

18    5.    The Court finds that, taking into the account the public interest in the prompt disposition

19  of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing

20  under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends

21  of justice served by excluding the period from October 22, 2020 through November 19, 2020 outweigh

22  the best interest of the public and the defendant in a speedy trial.  18 U.S.C. 3161(h)(7)(A).

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIP. AND ORDER WAIVING TIME                    2

1          6.      Accordingly, and with the consent of the defendant, the Court (1) continues the

2    preliminary hearing date of October 22, 2020, at 9:30 a.m. to November 19, 2020, before the Honorable

3    Laurel Beeler, and (2) orders that the period from October 22, 2020, through November 19, 2020 be

4    excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1

5    and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

6          IT IS SO STIPULATED:

7

8    DATED: October 21, 2020                                        _____/s/_____
                                                                    GALIA AMRAM
9                                                                   Attorney for Defendant

10

11   DATED: October 21, 2020                                        _____/s/_____
                                                                    ALEXANDRA SHEPARD
12                                                                  Special Assistant United States Attorney

13

14

               IT IS SO ORDERED.
15

16
     DATED: October 21, 2020                                        _____
17                                                                  HON. LAUREL BEELER
                                                                    United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER WAIVING TIME                    3