DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6767
     FAX: (415) 436-7234
     Email: Alexandra.Shepard2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 20-70698 JCS |
| | ) |
|    Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) WAIVING TIME UNDER SPEEDY TRIAL ACT |
|  v. | ) AND RULE 5.1 |
| | ) |
| SANDRA ANN ZUNIGA, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this

order continuing the preliminary hearing date of November 19, 2020, at 9:30 a.m., to December 17,

2020, at 9:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under

Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C.

3161(b). This Court previously agreed to continue the date of the preliminary hearing and to exclude

time under the Speedy Trial Act through November 19, 2020.

    The parties agree, and the Court finds and holds, as follows:

    1.    The defendant is currently charged by criminal complaint. The defendant is not in

STIP. AND ORDER WAIVING TIME          1

1  custody, having been released on an unsecured bond of $250,000 on June 10, 2020.

2       2.     The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

3  3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into

4  account the exercise of due diligence.

5       3.     The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

6  preliminary hearing.

7       4.     Counsel for the defense believes that postponing the preliminary hearing is in her client's

8  best interest, and that it is not in her client's interest for the United States to indict the case during the

9  timeline established in Rule 5.1.

10       5.     The Court finds that, taking into the account the public interest in the prompt disposition

11  of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing

12  under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends

13  of justice served by excluding the period from November 19, 2020 through December 17, 2020

14  outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

15       6.     Accordingly, and with the consent of the defendant, the Court (1) continues the

16  preliminary hearing date of November 19, 2020, at 9:30 a.m. to December 17, 2020, before the

17  Honorable Laurel Beeler, and (2) orders that the period from November 19, 2020, through December 17,

18  2020 be excluded from the time period for preliminary hearings under Federal Rule of Criminal

19  Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

20       IT IS SO STIPULATED:

21

22  DATED: November 17, 2020                _____/s/_____

                                        GALIA AMRAM

23                                          Attorney for Defendant

24

25  DATED: November 17, 2020                _____/s/_____

                                        ALEXANDRA SHEPARD

26                                          Assistant United States Attorney

27

28

1        IT IS SO ORDERED.

2

3   DATED:                                    _____

                                              HON. LAUREL BEELER
4                                             United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER WAIVING TIME                    3